**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-1837**

_____

DERRICK MICHAEL ALLEN, SR.,

Plaintiff - Appellant,

v.

RENTGROW, INC.; ANANT YARDI; GORDON MORRELL; CORPORATION
SERVICE COMPANY,

Defendants - Appellees.

_____

**No. 20-2014**

_____

DERRICK MICHAEL ALLEN, SR.,

Plaintiff - Appellant,

v.

RENTGROW, INC.; ANANT YARDI; GORDON MORRELL; CORPORATION
SERVICE COMPANY,

Defendants - Appellees.

_____

Appeals from the United States District Court for the Middle District of North Carolina, at
Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:20-cv-00256-TDS-LPA)

_____

Submitted:  November 23, 2020                    Decided:  December 7, 2020

———————

Before KING and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Derrick Michael Allen, Sr., Appellant Pro Se.  Richard Wyatt Andrews II, Jeffrey Scott Southerland, TUGGLE DUGGINS, PA, Greensboro, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Michael Allen, Sr., seeks to appeal the district court's orders dismissing three of the four defendants in this civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Allen seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny Allen's motions for a transcript at government expense and dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*